UNITED STATES of America,
Plaintiff—Appellee,

v.

Joseph ZIADEH, Defendant—Appellant.

No. 06–6667.

United States Court of Appeals,
Fourth Circuit.

Submitted June 16, 2006.

Decided July 27, 2006.

Joseph Ziadeh, Appellant Pro Se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Ziadeh appeals the district court's order denying approval of his proposed "Promissory Note." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ziadeh*, No. 3:02–cr–00273–RLW (E.D.Va. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*